UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
ANTONIO SANDOVAL            )
                            )
                            )
            Plaintiff,      )
                            )         1:11-CV-00043 OWW SKO
      v.                    )
                            )         ORDER DISMISSING ACTION
MORRISON FINANCIAL SERVICES, )        FOR LACK OF PROSECUTION
LLC, U.S. BANK HOME MORTGAGE, )
NATIONAL DEFAULT SERVICING   )
CORP                        )
                            )
                            )
            Defendant.      )
                            )
                            )
_____)
```

    It appearing that the plaintiff having failed to prosecute
this action and having failed to respond to the courts Order To
Show Cause;

        IT IS HEREBY ORDERED that this action is dismissed with
prejudice.


Dated: August 29, 2011

                              /s/ OLIVER W. WANGER
                              OLIVER W. WANGER
                              UNITED STATES DISTRICT JUDGE

1